# IN THE SUPREME COURT OF THE STATE OF NEVADA

EVINE D. BATTLE,
                              Appellant,

vs.

THE STATE OF NEVADA,
                              Respondent.

No. 83223

FILED

JUL 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

This court's review of this appeal reveals a jurisdictional defect. The district court entered the amended judgment of conviction on May 17, 2021. Appellant did not file the notice of appeal, however, until July 13, 2021, well after the expiration of the 30-day jurisdictional appeal period prescribed by NRAP 4(b). This court lacks jurisdiction to entertain an untimely appeal. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-22147

cc: Hon. Mary Kay Holthus, District Judge
Evine D. Battle
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2